Hay *v.* Marsh.

---

### HAY *v.* MARSH ET AL.

[No. 18,539. Filed Nov. 29, 1898. Rehearing denied June 28, 1899.]

From the Clark Circuit Court. *Affirmed.*

*H. A. Burtt, J. E. Taggart, H. M. Dowling* and *Elliott & Elliott,* for appellant.

*W. H. Watson, J. W. Fortune* and *L. A. Douglass,* for appellees.

HACKNEY, J.—This case, in its essential features, is like that of *Hay* v. *Marsh, ante,* 651. The evidence upon the question here presented is identical with that referred to in the case cited and authorizes the conclusion of fraud on the part of the appellant as the grantee of the property conveyed.

On the authority of that case the judgment herein is affirmed.

---

### THE DEMING-COLBORN LUMBER COMPANY ET AL. *v.* THE UNION NATIONAL SAVINGS AND LOAN ASSOCIATION.

[No. 17,960. Filed November 22, 1898.]

From the Lake Circuit Court. *Affirmed.*

*Ibach & Ibach,* for appellants.

*Olds & Griffin,* for appellee.

HOWARD, J.—The questions for decision in this case are the same as in the case with the same title, 151, Ind. 463. On the authority of the latter case the judgment in this case is therefore affirmed.